IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO



F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 5 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01246-BNB

BRIGETT THOMAS,

    Plaintiff,

v.

DENVER'S [sic] WOMEN'S DEPARTMENT OF CORRECTION [sic], 3600 Havana, Denver, CO 80239,
LA VISTA CORRECTIONAL, 1401 W. 17th St., Pueblo, CO 81003, and
COUNTY JAIL, P.O. Box 1108, Denver, CO 80239,

    Defendants.

## ORDER OF DISMISSAL

In an order filed on July 14, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence the instant action and directed Plaintiff, Brigett Thomas, to cure certain enumerated deficiencies. On June 25, 2007, Ms. Thomas attempted to cure those deficiencies by filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and an amended complaint. Subsequently, it came to the Court's attention that Ms. Thomas had been released from incarceration, currently is on parole, and appears to be residing at a community corrections facility.

Therefore, in an order filed on July 24, 2007, Magistrate Judge Craig B. Shaffer directed Ms. Thomas to file within thirty days an amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. In the July 24 order, Magistrate Judge Shaffer informed Ms. Thomas that since she had been released from incarceration, her continuing obligation to pay the filing fee is to be determined, like any nonprisoner,

solely on the basis of whether she qualifies for *in forma pauperis* status. *See Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2d Cir. 1996). Magistrate Judge Shaffer also informed Ms. Thomas that, alternatively, she may elect to pay the $350.00 filing fee in order to pursue her claims in this action. He warned Ms. Thomas that failure to file the amended § 1915 motion and affidavit as directed within the time allowed would result in the dismissal of the instant action without further notice.

Ms. Thomas has failed within the time allowed to comply with the July 24, 2007, order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the amended complaint and action are dismissed without prejudice for failure to file an amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 as directed and for failure to prosecute.

DATED at Denver, Colorado, this ___4___ day of ___Sept.___, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01246-BNB

Brigett Thomas
Prisoner No. 120794
3652 Grape Street
Denver, CO 80207

   I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/5/07

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk